✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

United States of America

V.

Marcio Costa and Joao Pedro

**EXHIBIT AND WITNESS LIST**

Case Number: 1:19-mj-6290-MPK-1&2

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| M. Page Kelley | Timothy Moran | Scott Lauer and Vivianne Jeruchim |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/30/2019 | digital recording | Kellyann Belmont |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/30/2019 | x | x | Photograph from 12/28/2018 |
| 3A | | 4/30/2019 | x | x | Photograph from 3/4/2019 |
| 3B | | 4/30/2019 | x | x | Photograph from 3/4/2019 |
| 4A | | 4/30/2019 | x | x | Photograph from 3/18/2019 |
| 4B | | 4/30/2019 | x | x | Photograph from 3/18/2019 |
| 5 | | 4/30/2019 | x | x | Video excerpt from 3/20/2019 |
| 5T | | 4/30/2019 | x | x | Draft Transcript of Excerpt from 3/20/2019 |
| 6A | | 4/30/2019 | x | x | Snapchat Video |
| 6B | | 4/30/2019 | x | x | Snapchat screenshot of person with gun |
| 7 | | 4/30/2019 | x | x | Photograph of "PCM" spelled out in hundred dollar bills |
| 8 | | 4/30/2019 | x | x | Photograph of five men |
| | | | | | |
| | | | | | Witness- Sean Connolly -Special Agent ---H.S.I |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages